# Order

Michigan Supreme Court
Lansing, Michigan

April 2, 2021

Bridget M. McCormack,
Chief Justice

161665(75)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SC: 161665
COA: 341969
Wayne CC: 16-007429-FC

SCOTT ROSEAN ODUM,
        Defendant-Appellant.

_____/

On order of the Chief Justice, the motion of Aaron Cyars to file a brief amicus curiae is GRANTED. The amicus brief submitted on April 1, 2021, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 2, 2021



Clerk